In the Matter of the Claim of JUDGE A. ROCKWELL, Respondent, against JOHN L. LEWIS et al., Appellants.

*Matter of Rockwell* v. *Lewis,* 168 App. Div. 674, appeal dismissed. (Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1915, affirming an award of the workmen's compensation commission.

The motion was made upon the ground that the notice of appeal was served prior to the time when permission to appeal was granted and that none has been served since.

*E. C. Aiken* for motion.

*W. H. Michell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.